834

No. 187. Preuss, Trustee in Bankruptcy *v.* General Electric Co., Inc. C. A. 2d Cir. Certiorari denied. *John A. Reilly* for petitioner. *John Hoxie* for respondent.

No. 188. Miami Beach First National Bank et al., Executors, et al. *v.* Inter-Continental Promotions, Inc. C. A. 5th Cir. Certiorari denied. *Marion E. Sibley* and *Robert C. Ward* for petitioners. *Murray Sams, Jr.,* for respondent.

No. 190. Campbell *v.* United States. C. A. 4th Cir. Certiorari denied. *Ernest J. Howard* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 194. Carson Pirie Scott & Co. et al. *v.* Factor. C. A. 7th Cir. Certiorari denied. *George W. McBurney* for Carson Pirie Scott & Co., *Jack Edward Dwork* for Kroch's & Brentano's, Inc., *Narcisse A. Brown* and *William F. McNally* for the Fair, and *Eloise Johnstone* for Brennan, petitioners. *Albert E. Jenner, Jr., Philip W. Tone,* and *Keith F. Bode* for respondent.

No. 196. De Simone *v.* United States. C. A. 2d Cir. Certiorari denied. *Irving Anolik* for petitioner. *Solicitor General Griswold* for the United States.

No. 204. Bauch et al. *v.* City of New York et al. Ct. App. N. Y. Certiorari denied. *Samuel J. Cohen* for petitioners. *J. Lee Rankin, Norman Redlich,* and *Pauline K. Berger* for respondents.